Porto Rico. January 16, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles Hartzell* for appellant. *Mr. John Maynard Harlan* for appellee.

———

No. 278. JOSE DOLORES MARQUEZ ET AL., APPELLANTS, *v.* THE MAXWELL LAND GRANT COMPANY. Appeal from the Supreme Court of the Territory of New Mexico. January 16, 1908. Dismissed with costs on motion of counsel for appellants. *Mr. Frank W. Clancy* and *Mr. George P. Merrick* for appellants. No appearance for appellee.

———

No. 149. GUY LE ROY STEVICK, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* THE NATIONAL BANK OF NORTH AMERICA IN NEW YORK. In error to the Circuit Court of the United States for the District of Colorado. January 29, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. T. J. O'Donnell* for plaintiff in error. *Mr. Bronson Winthrop* for respondent.